ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                          Plaintiff,<br><br>vs.<br><br>VILLAGE OF AVELLINO HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; DK CAPITAL & ASSOCIATES, LLC,<br><br>                          Defendants. | Case No.:  2:16-cv-00728-JCM-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ. and VATANA LAY, ESQ. receive all future notices.

Respectfully submitted, this 19th day of January, 2017.

                              **AKERMAN LLP**

                              */s/ Vatana Lay, Esq.*
                              Ariel E. Stern, Esq.
                              Nevada Bar No. 8276
                              Vatan Lay, Esq.
                              Nevada Bar No. 12993
                              1160 Town Center Drive, Suite 330
                              Las Vegas, NV 89144

                            **COURT APPROVAL**

IT IS SO ORDERED.

Date: January 24, 2017

                              UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 19th day of January, 2017, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION,** postage prepaid and addressed to:

| | |
|---|---|
| Edward D. Boyack, Esq.<br>BOYACK ORME & TAYLOR<br>401 N. Buffalo Drive, Suite #202<br>Las Vegas, Nevada 89145<br><br>*Attorney for Defendant Village of Avellino Homeowners Association* | Shane D. Cox, Esq.<br>ABSOLUTE COLLECTION SERVICES, LLC<br>8440 W. Lake Mead Blvd., Ste. 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Defendant Absolute Collection Services, LLC* |
| Zachary P. Takos, Esq.<br>1980 Festival Plaza Drive, Suite 300<br>Las Vegas, Nevada 89135<br>*Attorney for Defendant*<br>*DK Capital & Associates, LLC* | |

*/s/ Renee Livingston*
An employee of Akerman LLP