ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>vs.<br><br>VILLAGE OF AVELLINO HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; DK CAPITAL & ASSOCIATES, LLC,<br><br>                    Defendants. | Case No.:  2:16-cv-00728-JCM-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ. and VATANA LAY, ESQ. receive all future notices.

Respectfully submitted, this 10th day of January, 2017.

IT IS SO ORDERED this 31st day of March, 2017.

Peggy A. Leen
United States Magistrate Judge

**AKERMAN LLP**

*/s/ Vatana Lay, Esq.*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Vatan Lay, Esq.
Nevada Bar No. 12993

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 10th day of January, 2017, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION,** postage prepaid and addressed to:

Edward D. Boyack, Esq.
BOYACK ORME & TAYLOR
401 N. Buffalo Drive, Suite #202
Las Vegas, Nevada 89145

*Attorney for Defendant Village of Avellino Homeowners Association*

Shane D. Cox, Esq.
ABSOLUTE COLLECTION SERVICES, LLC
8440 W. Lake Mead Blvd., Ste. 210
Las Vegas, Nevada 89128

*Attorney for Defendant Absolute Collection Services, LLC*

Zachary P. Takos, Esq.
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
*Attorney for Defendant*
*DK Capital & Associates, LLC*

   */s/ Renee Livingston*
   An employee of Akerman LLP