ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  jamie.combs@akerman.com
*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                              Plaintiff,<br><br>vs.<br><br>VILLAGE OF AVELLINO HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; DK CAPITAL & ASSOCIATES, LLC,<br><br>                              Defendants.. | Case No.: 2:16-cv-00728-JCM-PAL<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT AND QUIET TITLE** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Village of Avellino Homeowners Association (**Avellino**), Absolute Collection Services, LLC (**ACS**), and DK Capital & Associates, LLC (**DK Capital**) by and through their attorneys of record, stipulate as follows:

1. This matter relates to real property located 3626 Via Terracina, Henderson, NV 89052, APN 177-34-414-066 (the "Property"). The Property is more specifically described as:

> LOT 392 IN BLOCK 4, OF AMENDED FINAL MAP VILLAGE OF AVELLINO UNIT 3 (A COMMON INTEREST COMMUNITY), AS SHOWN BY MAP THEREOF ON FILE IN BOOK 143 OF PLATS, PAGE 2, IN THE OFFICIAL RECORDER OF CLARK COUNTY, NEVADA, OFFICIAL RECORDS.
>
> A NON-EXCLUSIVE EASEMENT OF ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT OF, IN, TO AND OVER ASSOCIATION PROPERTY, PRIVATE ROADWAYS AND ALL OTHER EASEMENTS FOR THE BENEFIT OF THE OWNERS, AS DELINEATED ON THE PLAT MAP REFERRED TO ABOVE AND

1

APN 177-34-414-066

FURTHER DEFINED IN THE DECLARATION OF COVENANTS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR THE VILLAGE OF AVELLINO RECORDED JUNE 26, 2007 IN BOOK 20070626 AS DOCUMENT NO. 03582, OFFICIAL RECORDDS AND MODIFIED IN BOOK 20080507 AS DOCUMENT NO. 02852, OFFICIAL RECORDS.

APN 177-34-414-066

2.     BANA, Avellino, DK Capital, and ACS have entered a confidential settlement agreement in which they have settled all claims between them in this case.

3.     Among other things, the parties agree that title to the Property is quieted in DK Capital's favor.

DATED February 20, 2018

| **AKERMAN LLP** | **BOYACK, ORME & ANTHONY** |
|---|---|
| */s/ Jamie K. Combs* <br> Ariel E. Stern, Esq. <br> Nevada Bar No. 8276 <br> Jamie K. Combs, Esq. <br> Nevada Bar No. 13088 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Plaintiff Bank of America, N.A.* | */s/ Colli C. McKiever* <br> Edward D. Boyack, Esq. <br> Nevada Bar No. 5229 <br> Colli C. McKiever, Esq. <br> Nevada Bar No. 13724 <br> 7432 W. Sahara Ave., Suite 140 <br> Las Vegas, Nevada 89117 <br> *Attorney for Defendant Village of Avellino Homeowners Association* |
| **ABSOLUTE COLLECTION SERVICES, LLC** <br><br> */s/ Shane D. Cox, Esq.* <br> Shane D. Cox, Esq. <br> 8440 W Lake Mead Blvd., Ste 210 <br> Las Vegas, Nevada 89128 <br> *Attorney for Defendant Absolute Collection Services, LLC* | **TAKOS LAW, LTD.** <br><br> */s/ Zachary Takos, Esq.* <br> Zachary P. Takos, Esq. <br> 1980 Festival Plaza Drive, Suite 300 <br> Las Vegas, Nevada 89135 <br> *Attorney for Defendant DK Capital & Associates, LLC* |

APN 177-34-414-066

# **ORDER**

Based on the above stipulation between Plaintiff Bank of America, N.A. and defendants Village of Avellino Homeowners Association, Absolute Collection Services, LLC, and DK Capital & Associates, LLC, the Parties' agreement, and good cause appearing therefore,

**IT IS ORDERED** that title to the real property located 3626 Via Terracina, Henderson, NV 89052, APN 177-34-414-066 (the **Property**) is quieted in favor of DK Capital & Associates, LLC.

**IT IS FURTHER ORDERED** that all claims in this case are dismissed with prejudice, each side to bear its own attorney fees and costs.  This is the final judgment of this Court.

DATED February 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**AKERMAN LLP**
*/s/ Jamie K. Combs*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Bank of America, N.A.*

APN 177-34-414-066